# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Agresti, Thomas P. | 2. Court or Organization  Bankruptcy Court, Western PA. | 3. Date of Report  01/23/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse, Rm. B250
17 South Park Row
Erie, PA. 16501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 04/17/2017 | Trust Under the Will of Frances Grelling - Trustee Services |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 01/23/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 01/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (9685) | | | | | | | | | |
| 2. -Microsoft (MSFT) | A | Dividend | K | T | | | | | |
| 3. -John Hancock Life Ins. (Variable & Fixed Annuity: See Part VIII) | A | Dividend | M | T | | | | | |
| 4. -Pacific Life Annuity (Variable Annuity: See Part VIII) | A | Dividend | K | T | | | | | |
| 5. -Hartford Director Annuity (Variable Annuity: See Part VIII) | A | Int./Div. | M | T | | | | | |
| 6. -Wells Fargo Advisors FNAWachovia B Dep Sweep Opt. | A | Interest | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. IRA #1 (9687) | | | | | | | | | |
| 9. Wells Fargo DSIP Mngt. Acct. (See attached PDF #1) | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. IRA #2 (0239) | | | | | | | | | |
| 12. -General Electric (GE) | B | Dividend | K | T | | | | | |
| 13. -Microsoft (MSFT) | B | Dividend | K | T | | | | | |
| 14. -Pacific Life Annuity (Variable Annuity: See Part VIII) | A | Dividend | M | T | | | | | |
| 15. -WHV International Equity Fund Cl A | A | Dividend | K | T | | | | | |
| 16. -Wells Fargo Advisors FNAWachovia B Dep Sweep Opt. | A | Interest | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| A. Description of Assets Wells Fargo DSIP Mngt Acct (Line 9) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| ABBOT LABORATORIES (ABT) | A | Div. | J | T | | | | | |
| ACCENTURE PLC IRELAND SHARES CLASS A (ACN) | A | Div. | J | T | BUY | 10/26/2017 | J | | |
| AFLAC INC (AFL) | A | Div. | J | T | | | | | |
| AIR PRODUCTS & CHEMICALS INC (APD) | A | Div. | J | T | | | | | |
| AMGEN INC (AMGN) | A | Div. | J | T | | | | | |
| ANALOG DEVICES INC (ADI) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| AT&T INC (T) | A | Div. | J | T | | | | | |
| AUTOMATIC DATA PROCESSING (ADP) | A | Div. | J | T | | | | | |
| BECTON DICKINSON & CO (BDX) | A | Div. | J | T | | | | | |
| BLACKROCK INC (BLK) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| CHEVRON CORPORATION (CVX) | A | Div. | J | T | | | | | |
| CHUBB CORP (CB) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| CISCO SYSTEMS INC (CSCO) | A | Div. | J | T | BUY | 8/31/2017 | J | | |
| CLOROX COMPANY (CLX) | A | Div. | J | T | | | | | |
| COLGATE-PALMOLIVE CO (CL) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| EATON VANCE CORP NON VTG (EV) | A | Div. | J | T | | | | | |
| EMERSON ELECTRIC CO (EMR) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| EVERSOURCE ENERGY (ES) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| EXXON MOBILE CORP (XOM) | A | Div. | J | T | | | | | |
| FACTSET RESEARCH SYSTEMS INC (FDS) | A | Div. | J | T | | | | | |
| GENERAL MILLS INC (GIS) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| GENL DYNAMICS CORP COM (GD) | A | Div. | J | T | | | | | |
| GRAINGER W W INC (GWW) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| HARRIS CORP DEL (HRS) | A | Div. | J | T | | | | | |
| ILLINOIS TOOL WORKS INC (ITW) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| INTERNATIONAL BUSINESS MACHINE CORP (IBM) | A | Div. | J | T | | | | | |
| J M SMUCKER CO (SJM) | A | Div. | J | T | SOLD | 10/3/2017 | J | A | A |
| JOHNSON & JOHNSON (JNJ) | A | Div. | J | T | | | | | |
| KELLOGG COMPANY (K) | A | Div. | J | T | SOLD | 10/3/2017 | J | A | A |
| LOWES COMPANIES INC (LOW) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |

| A. Description of Assets Wells Fargo DSIP Mngt Acct (Line 9) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| MCDONALDS CORP (MCD) | A | Div. | J | T | | | | | |
| MEDTRONIC PLC (MDT) | A | Div. | J | T | | | | | |
| MICROSOFT CORP (MSFT) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| NEXTERA ENERGY INC (NEE) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| NIKE INC CLASS B (NKE) | A | Div. | J | T | BUY | 1/21/2017 | J | A | |
| NORFOLK SOUTHERN CORP (NSC) | A | Div. | J | T | | | | | |
| NOVARTIS AG SPON ADR (NVS) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| PAYCHEX INC (PAYX) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| PEPSICO INCORPORATED (PEP) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| PHILLIPS 66 (PSX) | A | Div. | J | T | | | | | |
| POLARIS INDS INC (PII) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| PRAXAIR INC (PX) | A | Div. | J | T | | | | | |
| PROCTER & GAMBLE CO (PG) | A | Div. | J | T | | | | | |
| QUALCOMM INC (QCOM) | A | Div. | J | T | | | | | |
| SCANA CORP COM (SCG) | A | Div. | J | T | SOLD | 9/1/2017 | J | A | A |
| SOUTHERN COMPANY/ THE (SO) | A | Div. | J | T | SOLD | 9/1/2017 | J | A | A |
| SYSCO CORPORATION (SYY) | A | Div. | J | T | | | | | |
| TARGET CORP (TGT) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| UNITED TECHNOLOGIES CORP (UTX) | A | Div. | J | T | | | | | |
| V F CORPORATION (VFC) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | A |
| WAL-MART STORES INC (WMT) | A | Div. | J | T | | | | | |
| WEC ENERGY GROUP INC (WEC) | A | Div. | J | T | BUY (PART) | 9/1/2017 | J | A | |
| 3M CO (MMM) | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| Wells Fargo Advisors FNA Dep. Sweep Opt. (CASH) | A | Int. | J | T | | | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #3 (1396) | | | | | | | | | |
| 19. -UBS Tactical Alloc Fd (PWTAX) fka FT-Franklin Inc. A | A | Dividend | J | T | | | | | |
| 20. -General Electric (GE) | A | Dividend | J | T | | | | | |
| 21. -Wells Fargo Advisors FNAWachovia B Dep Sweep Opt. | A | Interest | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. IRA #4 (5081) | | | | | | | | | |
| 24. Wells Fargo Advisors Managed Acct. (See Attached PDF #2) | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. IRA #5 (4674) | | | | | | | | | |
| 27. Wells Fargo Advisors Managed (Moran) Acct. (See Attached PDF #3) | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. PNC Bank Account | A | Interest | M | T | | | | | |
| 30. PNC Money Mngt Acct. (See Attached PDF #4) | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. Brokerage Acct. #2 (1662) | | | | | | | | | |
| 33. Wells Fargo Managed Jt. Acct. (See Attached PDF #5) | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| A. Description of Assets Wells Fargo Advisors Managed Acct (Line 25) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| BANK DEPOSIT SWEEP | A | Int. | K | T | | | | | |
| ABBOTT LABORATORIES | A | Div. | J | T | | | | | |
| ACCENTURE | A | Div. | J | T | BUY | 10/30/2017 | J | | |
| AFLAC | A | Div. | J | T | | | | | |
| AIR PRODUCTS & CHEMICALS | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| AMGEN INC | A | Div. | J | T | | | | | |
| ANALOG DEVICES INC | A | Div. | J | T | SOLD (PART) | 10/27/2017 | J | A | |
| AT&T | A | Div. | J | T | BUY (PART) | 10/25/2017 | J | | |
| AUTOMATIC DATA PROCESSING | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| BECTON DICKINSON & CO | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| BLACKROCK INC | A | Div. | J | T | SOLD | 10/25/2017 | J | A | |
| CHEVRON CORPORATION | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| CHUBB LTD | A | Div. | J | T | | | | | |
| CISCO SYSTEMS | A | Div. | J | T | BUY | 10/25/2017 | J | | |
| CLORAX COMPANY | A | Div. | J | T | | | | | |
| COLGATE-PALMOLIVE CO | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| EATON VANCE CORP NON VTG | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| EMERSON ELECTRIC CO | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| EVERSOURCE ENERGY | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| EXXON MOBIL CORP | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| FACTSET RESEARCH SYSTEM | A | Div. | J | T | BUY (PART) | 10/27/2017 | J | | |
| GENERAL MILLS INC | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| GENL DYNAMICS CORP | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| GRAINGER W W INC | A | Div. | J | T | BUY (PART) | 10/25/2017 | J | | |
| HARRIS CORP DEL | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| ILLINOIS TOOL WORKS INC | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| INTERNATIONAL BUSINESS MACHINE CORP | A | Div. | J | T | | | | | |
| J M SMUCKER CO | A | Div. | J | T | SOLD | 10/25/2017 | J | A | |
| JOHNSON & JOHNSON | A | Div. | J | T | | | | | |
| J.P. MORGAN CHASE & CO | A | Div. | J | T | BUY | 10/25/2017 | J | | |
| KELLOGG COMPANY | A | Div. | J | T | SOLD | 10/25/2017 | J | A | |
| LOWES COMPANIES INC | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |

| A. Description of Assets Wells Fargo Advisors Managed Acct (Line 25) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| MCDONALDS CORP | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| MEDTRONIC PLC | A | Div. | J | T | BUY (PART) | 10/27/2017 | J | | |
| MICROSOFT CORP | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| NEXTERA ENERGY INC | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| NIKE INC CLASS B | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| NORFOLK SOUTHERN CORP | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| NOVARTIS AG | A | Div. | J | T | BUY (PART) | 10/25/2017 | J | | |
| PAYCHEX INC | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| PEPSICO INCORPORATED | A | Div. | J | T | | | | | |
| PHILLIPS 66 | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| POLARIS INDS INC | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| PRAXAIR INC | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| PROCTER & GAMBLE CO | A | Div. | J | T | | | | | |
| QUALCOMM INC | A | Div. | J | T | BUY | 10/25/2017 | J | | |
| SCANA CORP COM | A | Div. | J | T | SOLD | 10/25/2017 | J | A | |
| SOUTHERN COMPANY/THE | A | Div. | J | T | SOLD | 10/25/2017 | J | A | |
| SYSCO CORPORATION | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| TARGET CORP | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| US BANCORP | A | Div. | J | T | BUY | 10/25/2017 | J | A | |
| UNITED TECHNOLOGIES CORP | A | Div. | J | T | | | | | |
| V F CORPORATION | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |
| WAL-MART STORES INC | A | Div. | J | T | | | | | |
| WEC ENERGY GROUP INC | A | Div. | J | T | | | | | |
| 3M CO | A | Div. | J | T | SOLD (PART) | 10/25/2017 | J | A | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 1 | BANK DEPOSIT SWEEP | A | INT | J | T | | | | | |
| 2 | ABBVIE INC (ABBV) | A | DIV | J | T | BUY | 3/1/2017 | J | | |
| 3 | AETNA INC (AET) | A | DIV | J | T | BUY | 3/9/2017 | J | | |
| 4 | | | | | | SOLD (PART) | 10/11/2017 | J | A | |
| 5 | AFLAC INC (AFL) | A | DIV | J | T | BUY | 10/11/2017 | J | | |
| 6 | AGILENT (A) | A | DIV | J | T | SOLD (PART) | 4/5/2017 | J | A | |
| 7 | | | | | | SOLD | 12/13/2017 | J | A | |
| 8 | ALLEGION PLC | A | DIV | J | T | BUY | 9/22/2017 | J | | |
| 9 | | | | | | SOLD (PART) | 12/13/2017 | J | A | |
| 10 | ALLSTATE CORP (ALL) | A | DIV | J | T | BUY | 10/5/2017 | J | | |
| 11 | ALTRIA GROUP INC (MO) | A | DIV | J | T | | | | | |
| 12 | AMETEK INC (AME) | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 13 | | | | | | BUY (ADD'L) | 4/5/2017 | J | | |
| 14 | ANALOG CORP | A | DIV | J | T | | | | | |
| 15 | ANALOG DEVICES (ADI) | A | DIV | J | T | BUY (ADD'L) | 3/14/2017 | J | | |
| 16 | | | | | | SOLD | 2/2/2017 | J | A | |
| 17 | ANDEAVOR LOGISTICS LP FKA TESORO CORPORATION | A | DIV | J | T | BUY | 1/5/2017 | J | | |
| 18 | | | | | | SOLD | 10/5/2017 | J | A | |
| 19 | ANTHEM INC | A | DIV | J | T | BUY | 2/8/2017 | J | | |
| 20 | | | | | | SOLD | 9/22/2017 | J | A | |
| 21 | APACHE CORP COMMON (APA ) | A | DIV | J | T | SOLD | 5/3/2017 | J | A | |
| 22 | APARTMENT INVESTMENT & REIT MANAGEMENT CO-A (AIV) | A | DIV | J | T | SOLD | 1/11/2017 | J | A | |
| 23 | APOGEE ENTERPRISES INC (APDE) | A | DIV | J | T | | | | | |
| 24 | ASSURANT INC (AIZ) | A | DIV | J | T | SOLD | 6/14/2017 | J | A | |
| 25 | ASTRONICS CORP (ATRO) | A | DIV | J | T | SOLD (PART) | 7/6/2017 | J | A | |
| 26 | | | | | | SOLD | 7/10/2017 | J | A | |
| 27 | AUTOZONE INC (AZO) | A | DIV | J | T | SOLD | 3/4/2017 | J | A | |
| 28 | BANK NEW YORK MELLON (BK) | A | DIV | J | T | SOLD | 3/4/2017 | J | A | |
| 29 | BECTON DICKINSON & CO (BDX) | A | DIV | J | T | | | | | |
| 30 | BED BATH & BEYOND INC (BBBY) | A | DIV | J | T | SOLD (PART) | 2/2/2017 | J | A | |
| 31 | | | | | | SOLD | 2/11/2017 | J | A | |
| 32 | BERKSHIRE HATHAWAY INC (BRK.A) | A | DIV | J | T | | | | | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 33 | BERRY GLOBAL GROUP INC (BERY) | A | DIV | J | T | BUY | 10/5/2017 | J | | |
| 34 | BEST BUY CO INC (BBY) | A | DIV | J | T | BUY | 6/7/2017 | J | | |
| 35 | BIG LOTS INC (BIG) | A | DIV | J | T | | | | | |
| 36 | BIOGEN INC (BIIB) | A | DIV | J | T | | | | | |
| 37 | BIOVERATIV INC (BIVV) | A | DIV | J | T | BUY | 10/4/2017 | J | | |
| 38 | BOEING CO (BA) | A | DIV | J | T | | | | | |
| 39 | BOSTON SCIENTIFIC CORP (BSX) | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 40 | BRADY CORP (BRC) | A | DIV | J | T | | | | | |
| 41 | BRUNSWICK CORP (BC) | A | DIV | J | T | BUY | 1/5/2017 | J | | |
| 42 | CAPELLA EDUCATION CO (CPLA) | A | DIV | J | T | SOLD | 10/5/2017 | J | A | |
| 43 | CARDINAL HEALTH INC (CAH) | A | DIV | J | T | SOLD | 10/5/2017 | J | A | |
| 44 | CARLISLE COMPANIES INC | A | DIV | J | T | BUY | 7/6/2017 | J | A | |
| 45 | | | | | | SOLD | 9/22/2017 | J | A | |
| 46 | CASEYS GENL STORES INC (CASY) | A | DIV | J | T | SOLD | 5/3/2017 | J | A | |
| 47 | CATERPILLAR INC (CAT) | A | DIV | J | T | BUY | 10/11/2017 | J | | |
| 48 | CBRE GROUP INC CLASS A SERIES A (CBG) | A | DIV | J | T | BUY | 10/5/2017 | J | | |
| 49 | | | | | | BUY (ADD'L) | 10/11/2017 | J | | |
| 50 | CELANESE CORPORATION (CE) | A | DIV | J | T | | | | | |
| 51 | CENTENE CORP (CNC) | A | DIV | J | T | | | | | |
| 52 | CHILDREN'S PLACE INC (PLCE) | A | DIV | J | T | | | | | |
| 53 | CIGNA CORPORATION (CI) | A | DIV | J | T | | | | | |
| 54 | CINCINNATI FINCL (CINF) | A | DIV | J | T | SOLD | 3/9/2017 | J | A | |
| 55 | CLAYMORE ETF TRUST | A | DIV | J | T | BUY | 10/11/2017 | J | | |
| 56 | CLOROX COMPANY (CLX) | A | DIV | J | T | BUY | 6/14/2017 | J | | |
| 57 | CMS ENERGY CORP (CMS) | A | DIV | J | T | BUY | 6/14/2017 | J | | |
| 58 | COHERENT INC (COHR) | A | DIV | J | T | | | | | |
| 59 | CONSTELLATION BRANDS (STZ) | A | DIV | J | T | BUY | 2/8/2017 | J | | |
| 60 | COSTCO WHSL CORP NEW (COST) | A | DIV | J | T | BUY | 3/9/2017 | J | | |
| 61 | | | | | | SOLD | 8/9/2017 | J | A | |
| 62 | CUMMINS INC (CMI) | A | DIV | J | T | BUY (ADD'L) | 2/8/2017 | J | | |
| 63 | | | | | | SOLD (PART) | 4/12/2017 | J | A | |
| 64 | D R HORTON INC (DHI) | A | DIV | J | T | BUY (ADD'L) | | | | |

| # | A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct<br>(Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 65 | DANAHER CORPORATION<br>(DHR) | A | DIV | J | T | BUY | 2/2/2017 | J | | |
| 66 | | | | | | SOLD | 4/5/2017 | J | A | |
| 67 | DEERE & CO<br>(DE) | A | DIV | J | T | | | | | |
| 68 | DELTA AIR LINES INC<br>(DAL) | A | DIV | J | T | BUY (ADD'L) | 9/22/2017 | J | | |
| 69 | | | | | | BUY (ADD'L) | 9/22/2017 | J | | |
| 70 | DICKS SPORTING GOODS INC<br>(DKS) | A | DIV | J | T | BUY | 8/1/2017 | J | | |
| 71 | | | | | | SOLD | 10/5/2017 | J | A | |
| 72 | DISCOVER FINANCIAL<br>(DFS) | A | DIV | J | T | SOLD | 7/6/2017 | J | A | |
| 73 | DOLLAR GENERAL<br>(DG) | A | DIV | J | T | | | | | |
| 74 | DOLLAR TREE STORES INC<br>(DLTR) | A | DIV | J | T | BUY | 9/22/2017 | J | | |
| 75 | DOW CHEMICAL COMPANY<br>(DOW) | A | DIV | J | T | SOLD | 10/5/2017 | J | A | |
| 76 | DOW DUPONT INC<br>(DWDP) | A | DIV | J | T | BUY | 8/9/2017 | J | | |
| 77 | DR PEPPER SNAPPLE GROUP<br>(DPS) | A | DIV | J | T | BUY | 3/9/2017 | J | | |
| 78 | EATON PLACE CORP<br>(ETN) | A | DIV | J | T | BUY | 7/12/2017 | J | | |
| 79 | EDISON INTL<br>(EIX) | A | DIV | J | T | SOLD (PART) | 2/2/2017 | J | A | |
| 80 | | | | | | SOLD (PART) | 2/8/2017 | J | A | |
| 81 | | | | | | SOLD | 2/11/2017 | J | A | |
| 82 | EDWARDS LIFE SCIENCE CORP<br>(EW) | A | DIV | J | T | BUY | 10/5/2017 | J | | |
| 83 | EMERSON ELECTRIC CO<br>(EMR) | A | DIV | J | T | BUY | 2/8/2017 | J | | |
| 84 | ENBRIDGE INC<br>(ENB) | A | DIV | J | T | BUY | 2/8/2017 | J | | |
| 85 | EQUIFAX INC<br>(EFX) | A | DIV | J | T | SOLD | 9/25/2017 | J | A | |
| 86 | EXPEDITORS INTL WASH INC<br>(EXPD) | A | DIV | J | T | SOLD | 9/25/2017 | J | A | |
| 87 | FEDEX CORPORATION<br>(FDX) | A | DIV | J | T | BUY | 5/9/2017 | J | | |
| 88 | FIDELITY NATIONAL INFORMATION SVCS<br>(FIS) | A | DIV | J | T | BUY | 2/8/2017 | J | | |
| 89 | FLEETCOR TECHNOLOGIES<br>(FLT) | A | DIV | J | T | | | | | |
| 90 | FLEX SHARES IBOXX<br>(TDTF) | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 91 | | | | | | BUY (ADD'L) | 4/17/2017 | J | | |
| 92 | FRANKLIN RESOURCES INC<br>(BEN) | A | DIV | J | T | BUY | 2/2/2017 | J | | |
| 93 | | | | | | SOLD | 10/5/2017 | J | A | |
| 94 | GAP INC<br>(GPS) | A | DIV | J | T | BUY | 11/1/2017 | J | | |
| 95 | GENERAL MOTORS<br>(GM) | A | DIV | J | T | | | | | |
| 96 | GLOBAL X MSCI<br>(PGAL) | A | DIV | J | T | BUY | 8/9/2017 | J | | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 97 | | | | | | BUY (ADD'L) | 11/16/2017 | J | | |
| 98 | GLOBUS MEDICAL INC (GMED) | A | DIV | J | T | BUY | 7/6/2017 | J | | |
| 99 | | | | | | BUY (ADD'L) | 10/6/2017 | J | | |
| 100 | GRAINGER W W INC (GWW) | A | DIV | J | T | SOLD (PART) | 1/11/2017 | J | A | |
| 101 | | | | | | SOLD | 6/7/2017 | J | A | |
| 102 | GUGGENHEIM 2019 | A | DIV | J | T | SOLD | 1/11/2017 | J | A | |
| 103 | GUGGENHEIM 2022 | A | DIV | J | T | BUY (ADD'L) | 10/11/2017 | J | | |
| 104 | | | | | | SOLD (PART) | 11/16/2017 | J | A | |
| 105 | GUGGENHEIM 2021 | A | DIV | J | T | BUY (ADD'L) | 10/11/2017 | J | | |
| 106 | GUGGENHEIM 2023 (BSCM) | A | DIV | J | T | BUY | 10/11/2017 | J | | |
| 107 | GUGGENHEIM 2024 (BSCO) | A | DIV | J | T | BUY | 10/11/2017 | J | | |
| 108 | GUGGENHEIM 2020 (BSJK) | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 109 | | | | | | BUY (ADD'L) | 5/16/2017 | J | | |
| 110 | | | | | | BUY (ADD'L) | 7/12/2017 | J | | |
| 111 | GUGGENHEIM ENHANCED ETF SHORT DURATION | A | DIV | J | T | BUY | 1/11/2017 | J | | |
| 112 | | | | | | BUY (PART) | 2/8/2017 | J | | |
| 113 | | | | | | BUY (ADD'L) | 3/9/2017 | J | | |
| 114 | | | | | | SOLD | 4/12/2017 | J | A | |
| 115 | GUGGENHEIM ETF BULLETSHARES 2019 | A | DIV | J | T | BUY | 2/8/2017 | J | | |
| 116 | | | | | | SOLD (PART) | 4/12/2017 | J | A | |
| 117 | | | | | | BUY (ADD'L) | 4/12/2017 | J | | |
| 118 | | | | | | SOLD | 5/9/2017 | J | A | |
| 119 | | | | | | BUY | 9/22/2017 | J | | |
| 120 | | | | | | SOLD | 10/11/2017 | J | A | |
| 121 | GUGGENHEIM BULLETSHARES ETF 2020 HIGH YIELD | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 122 | | | | | | BUY (ADD'L) | 5/9/2017 | J | | |
| 123 | | | | | | BUY (ADD'L) | 7/12/2017 | J | | |
| 124 | | | | | | SOLD (PART) | 10/11/2017 | J | A | |
| 125 | GUGGENHEIM BULLETSHARES 2022 HIGH YIELD | A | DIV | J | T | BUY | 10/11/2017 | | | |
| 126 | HALLIBURTON COMPANY (HAL) | A | DIV | J | T | SOLD | 1/11/2017 | J | A | |
| 127 | HASBRO INC | A | DIV | J | T | | | | | |
| 128 | HAWAIIAN HOLDINGS INC (HA) | A | DIV | J | T | BUY | 10/5/2017 | J | | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 129 | HIBBETT SPORTS INC | A | DIV | J | T | SOLD | 6/7/2017 | J | A | |
| 130 | HOME DEPOT INC | A | DIV | J | T | | | | | |
| 131 | HONEYWELL INTERNATIONAL INC | A | DIV | J | T | | | | | |
| 132 | ILLINOIS TOOL WORKS INC | A | DIV | J | T | | | | | |
| 133 | INGERSOLL-RAND PLC | A | DIV | J | T | | | | | |
| 134 | INGREDION INCORPORATED | A | DIV | J | T | SOLD | 4/5/2017 | J | A | |
| 135 | INNOSPEC INC | A | DIV | J | T | | | | | |
| 136 | INTUIT INC (INTU) | A | DIV | J | T | BUY | 3/9/2017 | J | | |
| 137 | ISHARES CORE U.S. ETF | A | DIV | J | T | BUY | 2/8/2017 | J | | |
| 138 | | | | | | SOLD | 3/9/2017 | J | A | |
| 139 | ISHARES ET MSCI EAFE VALUE EFV | A | DIV | J | T | SOLD (PART) | 1/11/2017 | J | A | |
| 140 | | | | | | BUY (ADD'L) | 7/12/2017 | J | | |
| 141 | | | | | | SOLD | 12/14/2017 | J | A | |
| 142 | ISHARES ETF MSCI EAFE VALUE | A | DIV | J | T | SOLD | 2/8/2017 | J | A | |
| 143 | ISHARES ET GOVERNMENT/CREDIT BOND | A | DIV | J | T | SOLD | 4/12/2017 | J | A | |
| 144 | ISHARES 20+ YEAR ETF TREASURY BOND | A | DIV | J | T | BUY | 3/9/2017 | J | | |
| 145 | | | | | | SOLD | 4/12/2017 | J | A | |
| 146 | ISHARES ET 10-20 YEAR TREASURY BOND | A | DIV | J | T | SOLD | 4/12/2017 | J | A | |
| 147 | ISHARES ET 7-10 YEAR TREASURY BOND | A | DIV | J | T | SOLD | 4/12/2017 | J | A | |
| 148 | ISHARES ET 3-7 YEAR TREASURY BOND | A | DIV | J | T | SOLD (PART) | 4/12/2017 | J | A | |
| 149 | | | | | | SOLD | 12/13/2017 | J | A | |
| 150 | ISHARES INC ET MSCI SINGAPORE CAPPE | A | DIV | J | T | SOLD (PART) | 8/9/2017 | J | A | |
| 151 | | | | | | SOLD | 12/14/2017 | J | A | |
| 152 | ISHARES JP MORGAN ET USD EMERGING MARKETS BOND | A | DIV | J | T | BUY (ADD'L) | 3/19/2017 | J | | |
| 153 | ISHARES MSCI AUSTRALIA | A | DIV | J | T | BUY (ADD'L) | 3/9/2017 | J | | |
| 154 | | | | | | SOLD (PART) | 5/9/2017 | J | A | |
| 155 | | | | | | BUY (ADD'L) | 6/14/2017 | J | | |
| 156 | | | | | | BUY (ADD'L) | 7/12/2017 | J | | |
| 157 | | | | | | SOLD (PART) | 9/22/2017 | J | A | |
| 158 | | | | | | SOLD (PART) | 12/13/2017 | J | A | |
| 159 | ISHARES MSCI AUSTRALIA ETF | A | DIV | J | T | BUY | 1/11/2017 | J | | |
| 160 | | | | | | BUY (ADD'L) | 3/9/2017 | J | | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 161 | | | | | | BUY (ADD'L) | 6/14/2017 | J | | |
| 162 | | | | | | BUY (ADD'L) | 7/12/2017 | J | | |
| 163 | | | | | | SOLD (PART) | 10/11/2017 | J | A | |
| 164 | | | | | | SOLD | 11/16/2017 | J | A | |
| 165 | ISHARES MSCI BELGIUM ETF CAPPED | A | DIV | J | T | BUY | 7/12/2017 | J | | |
| 166 | | | | | | SOLD | 8/9/2017 | J | A | |
| 167 | ISHARES MSCI HONG KONG ETF | A | DIV | J | T | BUY (ADD'L) | 3/9/2017 | J | | |
| 168 | | | | | | BUY (ADD'L) | 3/19/2017 | J | | |
| 169 | | | | | | SOLD (PART) | 4/12/2017 | J | A | |
| 170 | | | | | | SOLD (PART) | 11/16/2017 | J | A | |
| 171 | ISHARES MSCI EAFE INDEX | A | DIV | J | T | BUY | 1/11/2017 | J | | |
| 172 | | | | | | SOLD | 6/14/2017 | J | A | |
| 173 | ISHARES MSCI FRANCE | A | DIV | J | T | BUY (ADD'L) | 1/11/2017 | J | | |
| 174 | | | | | | BUY (ADD'L) | 11/16/2017 | J | | |
| 175 | ISHARES MSCI FRANCE ETF | A | DIV | J | T | BUY | 1/11/2017 | J | | |
| 176 | | | | | | BUY (ADD'L) | 7/12/2017 | J | | |
| 177 | | | | | | SOLD | 11/16/2017 | J | A | |
| 178 | ISHARES MSCI SPAIN | A | DIV | J | T | BUY (ADD'L) | 3/9/2017 | J | | |
| 179 | | | | | | BUY (ADD'L) | 4/12/2017 | J | | |
| 180 | | | | | | SOLD (PART) | 5/9/2017 | J | A | |
| 181 | | | | | | BUY (ADD'L) | 10/12/2017 | J | | |
| 182 | | | | | | SOLD (PART) | 12/13/2017 | J | A | |
| 183 | ISHARES MSCI SPAIN ETF CAPPED | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 184 | | | | | | SOLD | 11/16/2017 | J | A | |
| 185 | ISHARES MSCI SWEDEN ETF CAPPED | A | DIV | J | T | SOLD (PART) | 4/11/2017 | J | A | |
| 186 | | | | | | SOLD | 9/22/2017 | J | A | |
| 187 | ISHARES MSCI SWEDEN ETF | A | DIV | J | T | SOLD (PART) | 2/8/2017 | J | A | |
| 188 | | | | | | SOLD (PART) | 3/9/2017 | J | A | |
| 189 | ISHARES TR ET MSCI UTD KINGDOM ETF NEW EWU | A | DIV | J | T | BUY (ADD'L) | 3/9/2017 | J | | |
| 190 | ISHARES TR ET MSCI ITALY CAPPED ETF EWI | A | DIV | J | T | BUY (ADD'L) | 3/9/2017 | J | | |
| 191 | ISHARES MSCI UNITED ETF | A | DIV | J | T | SOLD | 12/13/2017 | J | A | |
| 192 | ISHARES MSCI GERMANY ETF | A | DIV | J | T | BUY | 6/14/2017 | J | | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 193 | | | | | | BUY (ADD'L) | 7/12/2017 | J | | |
| 194 | | | | | | BUY (ADD'L) | 11/16/2017 | J | | |
| 195 | | | | | | BUY (ADD'L) | 12/13/2017 | J | | |
| 196 | ISHARES MSCI NETHERLANDS | A | DIV | J | T | BUY | 2/8/2017 | J | | |
| 197 | | | | | | BUY (ADD'L) | 3/9/2017 | J | | |
| 198 | | | | | | BUY (ADD'L) | 5/9/2017 | J | | |
| 199 | | | | | | BUY (ADD'L) | 6/14/2017 | J | | |
| 200 | | | | | | BUY (ADD'L) | 7/12/2017 | J | | |
| 201 | | | | | | BUY (ADD'L) | 8/9/2017 | J | | |
| 202 | ISHARES MSCI ETF NETHERLANDS | A | DIV | J | T | BUY | 2/8/2017 | J | | |
| 203 | | | | | | BUY (ADD';) | 3/9/2017 | J | | |
| 204 | | | | | | BUY (ADD'L) | 5/9/2017 | J | | |
| 205 | | | | | | SOLD | 7/12/2017 | J | A | |
| 206 | ISHARES MSCI NEW ZEALAND | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 207 | ISHARES MSCI SWITZ ETF | A | DIV | J | T | BUY | 1/11/2017 | J | | |
| 208 | | | | | | BUY (PART) | 3/9/2017 | J | | |
| 209 | | | | | | SOLD (PART) | 7/12/2017 | J | A | |
| 210 | | | | | | BUY (ADD'L) | 7/12/2017 | J | | |
| 211 | | | | | | SOLD (PART) | 9/22/2017 | J | A | |
| 212 | ISHARES 1-3YR TREAS BD ETF | A | DIV | J | T | SOLD | 12/13/2017 | J | A | |
| 213 | ISHARES ETF GOVT/CREDIT BOND | A | DIV | J | T | SOLD (PART) | 2/8/2017 | J | A | |
| 214 | | | | | | SOLD | 3/9/2017 | J | A | |
| 215 | ISHS INTERMD GOVT CR ETF | A | DIV | J | T | SOLD | 12/13/2017 | J | A | |
| 216 | ISHARES TIP BOND ETF | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 217 | | | | | | SOLD (PART) | 5/9/2017 | J | A | |
| 218 | | | | | | SOLD (PART) | 8/9/2017 | J | A | |
| 219 | | | | | | SOLD (PART) | 9/22/2017 | J | A | |
| 220 | | | | | | SOLD | 10/11/2017 | J | A | |
| 221 | ISHARES IBOXXS ETF HIGH YIELD CORP BOND | A | DIV | J | T | BUY | 5/9/2017 | J | | |
| 222 | | | | | | SOLD (PART) | 6/14/2017 | J | A | |
| 223 | | | | | | BUY (ADD'L) | 8/9/2017 | J | | |
| 224 | | | | | | SOLD (PART) | 9/22/2017 | J | A | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 225 | | | | | | SOLD | 10/11/2017 | J | A | |
| 226 | KELLOGG COMPANY | A | DIV | J | T | | | | | |
| 227 | L-3 COMMUNICATIONS HLDGS | A | DIV | J | T | SOLD | 10/11/2017 | J | A | |
| 228 | L-3 TECHNOLOGIES INC | A | DIV | J | T | BUY | 2/2/2017 | J | | |
| 229 | | | | | | SOLD | 10/5/2017 | J | A | |
| 230 | LABORATORY CORP OF AMER HLDGS | A | DIV | J | T | | | | | |
| 231 | LAM RESEARCH CORP (LRCX) | A | DIV | J | T | BUY | 2/2/2017 | J | | |
| 232 | LEAR CORP | A | DIV | J | T | | | | | |
| 233 | LENNAR CORPORATION | A | DIV | J | T | SOLD | 9/22/2017 | J | A | |
| 234 | LEUCADIA NATIONAL | A | DIV | J | T | SOLD | 6/14/2017 | J | A | |
| 235 | LINEAR TECHNOLOGY COR | A | DIV | J | T | SOLD | 2/2/2017 | J | A | |
| 236 | LOCKHEED MARTIN CORP | A | DIV | J | T | | | | | |
| 237 | LOWES COMPANIES INC (LOW) | A | DIV | J | T | BUY | 4/5/2017 | J | | |
| 238 | LYONDELLBASELL | A | DIV | J | T | SOLD | 6/7/2017 | J | A | |
| 239 | MANHATTAN ASSOCIATION INC | A | DIV | J | T | SOLD | 4/12/2017 | J | A | |
| 240 | MARSH AND MC LENNAN | A | DIV | J | T | SOLD | 4/12/2017 | J | A | |
| 241 | MASIMO CORP | A | DIV | J | T | BUY | 10/5/2017 | J | | |
| 242 | MASTERCARD INC | A | DIV | J | T | | | | | |
| 243 | MCCORMICK & CO INC | A | DIV | J | T | SOLD | 2/8/2017 | J | A | |
| 244 | MEDTRONIC PLC | A | DIV | J | T | SOLD | 2/8/2017 | J | A | |
| 245 | MICROCHIP TECHNOLOGY INC (MCHP) | A | DIV | J | T | BUY | 1/11/2017 | J | | |
| 246 | | | | | | SOLD | 4/12/2017 | J | A | |
| 247 | MICROSTRATEGY INC CL A | A | DIV | J | T | SOLD | 10/5/2017 | J | A | |
| 248 | MIDDLEBY CORP | A | DIV | J | T | SOLD | 10/5/2017 | J | A | |
| 249 | MOLSON COORS BREWING CO | A | DIV | J | T | SOLD | 2/8/2017 | J | A | |
| 250 | NCR CORP NEW | A | DIV | J | T | | | | | |
| 251 | NETGEAR INC | A | DIV | J | T | | | | | |
| 252 | NIKE INC | A | DIV | J | T | SOLD | 10/5/2017 | J | A | |
| 253 | NORTHROP GRUMMAN CORP | A | DIV | J | T | BUY | | | | |
| 254 | OMNICOM GROUP | A | DIV | J | T | | | | | |
| 255 | OSHKOSH CORP | A | DIV | J | T | | | | | |
| 256 | PARKER-HANNINFIN CORP | A | DIV | J | T | | | | | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 257 | PG&E CORPORATION | A | DIV | J | T | SOLD | 12/13/2017 | J | A | |
| 258 | PIMCO TRUST ETF | A | DIV | J | T | BUY (ADD'L) | 3/9/2017 | J | | |
| 259 | | | | | | BUY (ADD'L) | 4/12/2017 | J | | |
| 260 | | | | | | SOLD (PART) | 4/12/2017 | J | A | |
| 261 | | | | | | SOLD (PART) | 6/14/2017 | J | A | |
| 262 | | | | | | BUY (ADD'L) | 7/12/2017 | J | | |
| 263 | | | | | | BUY (ADD'L) | 9/22/2017 | J | | |
| 264 | | | | | | SOLD (PART) | 10/11/2017 | J | A | |
| 265 | | | | | | SOLD (PART) | 11/16/2017 | J | A | |
| 266 | PIMCO TRUST 15 YR+ US TIPS | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 267 | PIMCO TRUST BROAD US TIPS | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 268 | | | | | | SOLD | 7/12/2017 | J | A | |
| 269 | PIMCO 0-5 YEAR HIGH ETF YIELD CORPORATE BOND FUND (HYS) | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 270 | | | | | | SOLD (PART) | 5/9/2017 | J | A | |
| 271 | PINNACLE WEST CAP CORP | A | DIV | J | T | | | | | |
| 272 | PNC FINANCIAL SVCS (PNC) | A | DIV | J | T | BUY | 9/22/2017 | J | | |
| 273 | POWERSHARES 1-30 | A | DIV | J | T | BUY | 1/11/2017 | J | | |
| 274 | | | | | | BUY (ADD'L) | 2/8/2017 | J | | |
| 275 | | | | | | BUY (ADD'L) | 3/9/2017 | J | | |
| 276 | | | | | | SOLD (PART) | 3/9/2017 | J | A | |
| 277 | | | | | | SOLD | 4/12/2017 | J | A | |
| 278 | PRICELINE GROUP INC | A | DIV | J | T | | | | | |
| 279 | QUANTA SVCS INC | A | DIV | J | T | | | | | |
| 280 | QUEST DIAGNOSTIC (DGX) | A | DIV | J | T | BUY | 9/22/2017 | J | | |
| 281 | RANGE RESOURCES CORP (RRC) | A | DIV | J | T | BUY | 6/7/2017 | J | | |
| 282 | | | | | | BUY (ADD'L) | 6/17/2017 | J | | |
| 283 | | | | | | SOLD | 4/12/2017 | J | A | |
| 284 | RAYTHEON COMPANY (RTN) | A | DIV | J | T | BUY | 1/11/2017 | J | | |
| 285 | | | | | | SOLD | 4/12/2017 | J | A | |
| 286 | REINSURANCE GROUP OF AMERICA | A | DIV | J | T | SOLD (PART) | 8/1/2017 | J | A | |
| 287 | | | | | | SOLD | 11/2/2017 | J | A | |
| 288 | REPUBLIC SVCS INC | A | DIV | J | T | | | | | |

| # | A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct<br>(Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 289 | REX AMERICAN RESOURCES CORP | A | DIV | J | T | | | | | |
| 290 | ROCKWELL AUTOMATION INC | A | DIV | J | T | | | | | |
| 291 | ROGERS CORPORATION | A | DIV | J | T | | | | | |
| 292 | ROSS STORES INC | A | DIV | J | T | | | | | |
| 293 | ROYAL CARIBBEAN LTD (RCL) | A | DIV | J | T | BUY | 10/5/2017 | J | | |
| 294 | SALESFORCE.COM (CRM) | A | DIV | J | T | BUY | 12/13/2017 | J | | |
| 295 | SANDERSON FARMS INC | A | DIV | J | T | | | | | |
| 296 | SCANA CORP COM | A | DIV | J | T | SOLD | 11/1/2017 | J | A | |
| 297 | SCHWAB STRATEGIC TR ETF (SCHP) | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 298 | | | | | | SOLD (PART) | 10/11/2017 | J | A | |
| 299 | | | | | | BUY (ADD'L) | 11/16/2017 | J | | |
| 300 | | | | | | SOLD | 12/13/2017 | J | A | |
| 301 | SKYWORKS SOLUTIONS INC | A | DIV | J | T | SOLD | 12/13/2017 | J | A | |
| 302 | SPDR BLOOMBERG | A | DIV | J | T | SOLD | 10/5/2017 | J | A | |
| 303 | SPDR BLOOMBERG BARCLAYS CONVERT SEC (CWB) | A | DIV | J | T | BUY | 8/9/2017 | J | | |
| 304 | | | | | | SOLD (PART) | 9/22/2017 | J | A | |
| 305 | | | | | | BUY (ADD'L) | 11/16/2017 | J | | |
| 306 | SPDR BLOOMBERG BARCLAYS INTERMEDIATE TERM TREASURY ETF | A | DIV | J | T | BUY | 1/11/2017 | J | | |
| 307 | | | | | | BUY (ADD'L) | 2/8/2017 | J | | |
| 308 | | | | | | SOLD (PART) | 3/9/2017 | J | A | |
| 309 | | | | | | SOLD | 4/12/2017 | J | A | |
| 310 | SPDR BLOOMBERG BARCLAYS LONG TERM CORP BOND ETF | A | DIV | J | T | BUY | 2/8/2017 | J | | |
| 311 | | | | | | SOLD (PART) | 3/9/2017 | J | A | |
| 312 | | | | | | SOLD (PART) | 4/12/2017 | J | A | |
| 313 | | | | | | BUY (ADD'L) | 7/12/2017 | J | | |
| 314 | | | | | | BUY (ADD'L) | 8/9/2017 | J | | |
| 315 | | | | | | SOLD | 12/13/2017 | J | A | |
| 316 | SPDR BLOOMBERG BARCLARYS INTERNATIONAL TREASURY BOND | A | DIV | J | T | BUY | 8/9/2017 | J | | |
| 317 | | | | | | BUY (ADD'L) | 11/16/2017 | J | | |
| 318 | SPDR BLOOMBERG EMERGING MRKTS | A | DIV | J | T | BUY | 6/14/2017 | J | | |

| # | A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct<br>(Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 319 | | | | | | BUY (ADD'L) | 6/24/2017 | J | | |
| 320 | | | | | | SOLD (PART) | 7/12/2017 | J | A | |
| 321 | | | | | | SOLD (PART) | 8/92017 | J | A | |
| 322 | SPDR BLOOMBERG ET BARCLAYS ISSUER SCORED CORP BOND | A | DIV | J | T | BUY | 1/11/2017 | J | | |
| 323 | | | | | | SOLD (PART) | 3/9/2017 | J | A | |
| 324 | | | | | | SOLD (PART) | 8/9/2017 | J | A | |
| 325 | | | | | | SOLD | 11/16/2017 | J | A | |
| 326 | SPDR BLOOMBERG ET BARCLAYS INTERNATIONAL TREASURY BOND | A | DIV | J | T | BUY | 1/11/2017 | J | | |
| 327 | | | | | | SOLD | 3/9/2017 | J | A | |
| 328 | SPDR BLOOMBERG ETF BARCLAYS TIPS ETF | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 329 | | | | | | SOLD | 6/14/2017 | J | A | |
| 330 | SPDR BLOOMBERG ETF BARCLAYS CONVERTIBLE SECURITIES ETF | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 331 | | | | | | SOLD (PART) | 5/9/2017 | J | A | |
| 332 | | | | | | SOLD (PART) | 9/22/2017 | J | A | |
| 333 | | | | | | SOLD (PART) | 10/11/2017 | J | A | |
| 334 | | | | | | BUY (ADD'L) | 11/16/2017 | J | | |
| 335 | | | | | | SOLD | 12/13/2017 | J | A | |
| 336 | SPDR CITI INT'L GOV'T ETF (WHP) | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 337 | | | | | | BUY (ADD'L) | 5/9/2017 | J | | |
| 338 | | | | | | BUY (ADD'L) | 6/14/2017 | J | | |
| 339 | SPDR PORTFOLOIO LONG TERM (SPLB) | A | DIV | J | T | BUY | 7/12/2017 | J | | |
| 340 | | | | | | BUY (ADD'L) | 8/9/2017 | J | | |
| 341 | SPECTRA ENERGY CORP | A | DIV | J | T | SOLD | 12/13/2017 | J | A | |
| 342 | STANLEY BLACK & DECKER INC (SWK) | A | DIV | J | T | BUY | 12/13/2017 | J | | |
| 343 | STRYKER CORP | A | DIV | J | T | | | | | |
| 344 | STURM RUGER & CO INC | A | DIV | J | T | | | | | |
| 345 | SUNTRUST BANKS INC | A | DIV | J | T | SOLD | 2/2/2017 | J | A | |
| 346 | SUPERNOUS PHARMA (SUPN) | A | DIV | J | T | BUY | 10/1/2017 | J | | |
| 347 | | | | | | BUY (ADD'L) | 11/1/2017 | J | | |
| 348 | SYSCO CORPORATION | A | DIV | J | T | BUY (ADD'L) | 2/2/2017 | J | | |
| 349 | SYNAPTICS INC | A | DIV | J | T | BUY | 6/7/2017 | J | | |
| 350 | | | | | | SOLD | 10/5/2017 | J | A | |

| # | A. Description of Assets Wells Fargo Advisors Managed Moran Acct (Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 351 | TARGET CORP | A | DIV | J | T | SOLD | 5/3/2017 | J | A | |
| 352 | TE CONNECTIVITY LTD (TEL) | A | DIV | J | T | BUY | 4/5/2017 | J | | |
| 353 | TETRA TECH INC NEW | A | DIV | J | T | BUY (ADD'L) | 9/22/2017 | | | |
| 354 | TERADYNE INCORP (TER) | A | DIV | J | T | BUY | 9/22/2017 | J | | |
| 355 | TEXAS INSTRUMENTS INC | A | DIV | J | T | | | | | |
| 356 | THERMO FISHER SCIENTIFIC INC | A | DIV | J | T | BUY | 4/12/2017 | J | | |
| 357 | | | | | | SOLD | 7/12/2017 | J | A | |
| 358 | TIMKEN COMPANY | A | DIV | J | T | | | | | |
| 359 | TJX COS INC NEW | A | DIV | J | T | SOLD (PART) | 3/9/2017 | J | A | |
| 360 | | | | | | BUY (ADD'L) | 5/3/2017 | J | | |
| 361 | TORCHMARK CORP | A | DIV | J | T | | | | | |
| 362 | TRAVELERS COS INC | A | DIV | J | T | | | | | |
| 363 | TWENTY-FIRST CENTURY (FDXA) | A | DIV | J | T | BUY | 1/5/2017 | J | | |
| 364 | ULTA BEAUTY INC (ULTA) | A | DIV | J | T | BUY | 5/3/2017 | J | | |
| 365 | | | | | | BUY (ADD'L) | 10/5/2017 | J | | |
| 366 | | | | | | SOLD | 12/13/2017 | J | A | |
| 367 | UNIFIRST CORP | A | DIV | J | T | | | | | |
| 368 | UNITED TECHNOLOGIES CORP | A | DIV | J | T | | | | | |
| 369 | UNITEDHEALTH GROUP | A | DIV | J | T | | | | | |
| 370 | UNIVERSAL FOREST | A | DIV | J | T | | | | | |
| 371 | UNIVERSAL HEALTH SVCS (UHS) | A | DIV | J | T | BUY | 5/3/2017 | J | | |
| 372 | | | | | | SOLD (PART) | 5/9/2017 | J | A | |
| 373 | URBAN OUTFITTERS INC | A | DIV | J | T | SOLD | | J | A | |
| 374 | VALERO ENERGY CORP (VLO) | A | DIV | J | T | BUY | 1/5/2017 | J | | |
| 375 | VANGUARD FTSE | A | DIV | J | T | SOLD (PART) | 7/12/2017 | J | A | |
| 376 | | | | | | SOLD (PART) | 10/11/2017 | J | A | |
| 377 | VANGUARD INTERMEDIATEET VCIT | A | DIV | J | T | SOLD | 1/11/2017 | J | A | |
| 378 | VANGUARD INTERMEDIATEETF VGIT | A | DIV | J | T | SOLD (PART) | 1/11/2017 | J | A | |
| 379 | | | | | | SOLD (PART) | 4/12/2017 | J | A | |
| 380 | | | | | | BUY (ADD'L) | 6/14/2017 | J | | |
| 381 | | | | | | SOLD (PART) | 8/9/2017 | J | A | |
| 382 | | | | | | SOLD | 10/11/2017 | J | A | |

| # | A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct<br>(Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| 383 | VANGUARD INTERMEDIATEET BIV | A | DIV | J | T | SOLD (PART) | 1/11/2017 | J | A | |
| 384 | VANGUARD EUROPEAN VGK | A | DIV | J | T | | | | | |
| 385 | VANGUARD MORTGAGE | A | DIV | J | T | SOLD | | J | A | |
| 386 | VERIZON COMMUNICATIONS (VZ) | A | DIV | J | T | BUY | 10/5/2017 | J | | |
| 387 | VERSUM MATERIALS INC | A | DIV | J | T | | | | | |
| 388 | WALGREENS BOOTS ALLIANCE INC | A | DIV | J | T | SOLD | 6/7/2017 | J | A | |
| 389 | WESTERN DIGITAL (WDC) | A | DIV | J | T | BUY | 7/6/2017 | J | | |
| 390 | | | | | | BUY (ADD'L) | 7/7/2017 | J | | |
| 391 | WILLIAMS SONOMA INC | A | DIV | J | T | | | | | |
| 392 | WYNDHAM WORLDWIDE CORP | A | DIV | J | T | SOLD | | J | A | |
| 393 | 3M CO | A | DIV | J | T | | | | | |
| 394 | CALAMOS INVT TR NEW INC FUND | A | DIV | J | T | SOLD | 4/12/2017 | J | A | |

| | A. Description of Assets<br>Wells Fargo Advisors Managed Moran Acct<br>(Line 29) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| A. Description of Assets PNC Money Mgmt Acct (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| PNC Govt Money Market Fund #405 | A | INT | K | T | SOLD (PART) | 1/3/2017 | J | A | |
| | | | | | BUY (PART) | 1/31/2017 | | | |
| | | | | | SOLD | 2/20/2017 | K | B | |
| PNC GOVT Money Market Fund #405 PNC STAR MODEL | A | INT | J | T | SOLD | 2/28/2017 | J | A | |
| PNC GOVT MONEY MARKET FUND #405 PCA LCV DIV FOCUS | A | DIV | J | T | SOLD | 2/28/2017 | J | A | |
| BLACKROCK LIQUIDITY FUNDS | A | DIV | K | T | DISTR. | 2/24/2017 | K | | |
| BLACKROCK STRATEGIC MUNICIPAL OPPORTUNITIES FUND | A | DIV | L | T | DISTR. | 2/28/2017 | L | | |
| PNC INTERMEDIATE TAX EXEMPT BOND | D | DIV | M | T | DISTR. | 2/24/2017 | M | | |
| T ROWE PRICE INSTITUTIONAL | B | DIV | L | T | SOLD | 2/3/2017 | L | C | |
| VANGUARD FUNDS INTER-TERM | C | DIV | M | T | DISTR. | 2/24/2017 | M | | |
| CARNIVAL CORP | C | DIV | J | T | BUY (PART) | 1/3/2017 | | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| HOME DEPOT INC | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| MCDONALD'S CORP | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| WYNDHAM | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| ALTRIA GROUP INC | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| GENERAL MILLS INC | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| PEPSICO INC | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| PROCTER & GAMBLE CO | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| REYNOLDS AMERICAN INC | A | DIV | J | T | SOLD (PART) | 1/30/2017 | J | A | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| BP PLC | A | DIV | J | T | DISTR. | 12/16/2017 | J | | |
| EXXON MOBIL CORP | A | DIV | J | T | BUY (PART) | 1/3/2017 | | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| SCHLUMBERGER LTD | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| TOTAL S A | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| TRANSCANADA CORP | A | DIV | J | T | BUY | 1/30/2017 | J | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| VALERO ENERGY CORP | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| CHUBB LTD | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| CINCINNATI FINANCIAL CORP | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| HUNTINGTON BANCSHARES | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| JP MORGAN CHASE & CO | A | DIV | J | T | BUY (PART) | 1/3/2017 | | | |

| A. Description of Assets PNC Money Mgmt Acct (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| TRANSCANADA CORP (HOLDING CO) | A | DIV | J | T | BUY | 1/30/2017 | J | | |
| KEYCORP NEW | A | DIV | J | T | BUY (PART) | 1/3/2017 | J | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| MORGAN STANLEY | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| PRICE T ROWE GROUP | A | DIV | J | T | BUY (PART) | 1/20/2017 | J | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| PRINCIPAL FINANCIAL GROUP | A | DIV | J | T | BUY (PART) | 1/3/2017 | | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| PRUDENTIAL FINANCIAL INC | A | DIV | J | T | BUY (PART) | 1/3/2017 | J | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| SUNTRUST BANKS INC | A | DIV | J | T | BUY (PART) | 1/3/2017 | | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| THE TRAVELERS COS INC | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| US BANCORP DEL | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| WELLS FARGO & COMPANY | A | DIV | J | T | BUY (PART) | 1/3/2017 | J | | |
| | | | | | DISTR. | 2/27/2017 | J | | |
| ABBOTT LABORATORIES INC | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| AMGEN INC | A | DIV | J | T | BUY (PART) | 1/3/2017 | J | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| JOHNSON & JOHNSON | A | DIV | J | T | BUY (PART) | 1/3/2017 | J | | |
| | | | | | SOLD (PART) | 1/20/2017 | J | A | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| MERCK & CO INC | A | DIV | J | T | BUY (PART) | 1/5/2017 | J | | |
| | | | | | DISTR. | 2/27/2017 | J | | |
| PFIZER INC | A | DIV | J | T | SOLD (PART) | 1/20/2017 | J | A | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| GENERAL DYNAMICS CORP | A | DIV | J | T | BUY (PART) | 1/3/2017 | J | | |
| | | | | | SOLD (PART) | 1/30/2017 | J | A | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| GENERAL ELECTRIC CO | A | DIV | J | T | BUY (PART) | 1/3/2017 | J | A | |
| | | | | | SOLD (PART) | 1/30/2017 | J | A | |
| | | | | | DISTR. | 2/16/2017 | J | | |

| A. Description of Assets PNC Money Mgmt Acct (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| HONEYWELL INTL INC | A | DIV | J | T | DISTR. | 2/27/2017 | J | | |
| ILLINOIS TOOL WORKS INC | A | DIV | J | T | BUY | 1/30/2017 | J | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| ISHARES CORE S&P SMALL CAP | A | DIV | K | T | BUY | 1/5/2017 | K | | |
| | | | | | BUY (PART) | 1/30/2017 | | | |
| | | | | | DISTR. | 2/27/2017 | J | | |
| LOCKHEED MARTIN CORP | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| 3M COMPANY | A | DIV | J | T | BUY (PART) | 1/3/2017 | J | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| UNITED TECHNOLOGIES CORP | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| ACCENTURE PLC CLASS A | A | DIV | J | T | BUY (PART) | 1/3/2017 | J | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| APPLE INC | A | DIV | J | T | DISTR. | 12/16/2017 | J | | |
| CISCO SYSTEMS INC | A | DIV | J | T | BUY (PART) | 1/3/2017 | | | |
| | | | | | DISTR. | 12/16/2017 | J | | |
| INTEL CORP | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| PAYCHEX INC | A | DIV | J | T | SOLD (PART) | 1/20/2017 | J | A | |
| | | | | | DISTR. | 2/27/2017 | J | | |
| TEXAS INSTRUMENTS INC | A | DIV | J | T | BUY (PART) | 1/3/2017 | | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| AIR PRODUCTS & CHEMICALS INC | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| DOW CHEMICALS CO | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| INTERNATIONAL PAPER CO | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| EXTRA SPACE STORAGE INC | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| LAMAR ADVERTISING CO | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| SIMON PROPERTY GROUP | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| WELL TOWER INC | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| ATT&T INC | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| VERIZON COMMUNICATIONS INC | A | DIV | J | T | BUY (PART) | 1/3/2017 | J | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| AMERICAN ELECTRIC POWER INC | A | DIV | J | T | DISTR. | 12/16/2017 | J | | |
| AMERICAN WATER WORKS CO INC | A | DIV | J | T | BUY (PART) | 1/3/2017 | J | | |
| | | | | | DISTR. | 12/16/2017 | J | | |

| A. Description of Assets PNC Money Mgmt Acct (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| DTE ENERGY CO | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| NEXTERA ENERGY INC | A | DIV | J | T | BUY (PART) | 1/3/2017 | J | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| XCEL ENERGY INC | A | DIV | J | T | DISTR. | 2/27/2017 | J | | |
| ISHARES MSCI EMERGING MARKETS | A | DIV | J | T | SOLD | 1/5/2017 | J | A | |
| ISHARES CORE S&P MID-CAP ETF | A | DIV | L | T | DISTR. | 2/27/2017 | J | | |
| ISHARES CORE S&P SMALL CAP ETF | A | DIV | L | T | DISTR. | 2/16/2017 | L | | |
| ENERGY SELECT SECTION FUND (XLE) | A | DIV | J | T | BUY (PART) | 1/30/2017 | J | | |
| | | | | | BUY (PART) | 1/5/2017 | J | | |
| | | | | | DISTR. | 2/27/2017 | J | | |
| FINANCIAL SELECT SECTOR SPDR | A | DIV | J | T | BUY (PART) | 1/30/2017 | J | | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| INDUSTRIAL SELECT SECTOR FUND (XLI) | A | DIV | J | T | BUY | 1/5/2017 | J | | |
| | | | | | BUY (PART) | 1/30/2017 | J | | |
| | | | | | SOLD | 1/31/2017 | J | A | |
| POWERSHARES FTSE RAFI US 1K | A | DIV | L | T | DISTR. | 2/27/2017 | J | | |
| SPDR S&P 500 ETF TRUST | A | DIV | K | T | DISTR. | 2/27/2017 | K | | |
| TECHNOLOGY SELECT SECTOR SPDR | A | DIV | J | T | SOLD | 1/5/2017 | J | A | |
| UTILITIES SELECT SECTOR SPDR | A | DIV | J | T | SOLD (PART) | 1/5/2017 | J | A | |
| | | | | | DISTR. | 2/16/2017 | J | | |
| HARBOR INTERNATIONAL FUND | A | DIV | K | T | DISTR. | 2/24/2017 | K | | |
| BARCLAYS EQUITY NOTE | A | DIV | K | T | DISTR. | 2/28/2017 | K | | |
| MAGELLAN MIDSTREAM PARTNERS | A | DIV | J | T | DISTR. | 2/16/2017 | J | | |
| RBC SPX EQUITY NOTE | A | DIV | K | T | DISTR. | 2/28/2017 | K | | |
| WELLS FARGO EQUITY NOTE | A | DIV | L | T | DISTR. | 2/28/2017 | L | | |
| DC INDUSTRIAL LIQUIDATING TRUST | A | DIV | J | T | SOLD | 12/21/2017 | J | A | |
| DIAMOND HILL LONG-SHORT FUND | C | DIV | M | T | DISTR. | 2/24/2017 | M | | |
| BANK DEPOSIT SWEEP | A | INT | L | T | DISTR. | 2/27/2017 | M | | |

| A. Description of Assets Wells Fargo (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| ABBOTT LABORATORIES INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| ACCENTURE PLC CLASS A | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| AIR PRODUCTS & CHEMICALS INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| ALTRIA GROUP INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| AMERICAN ELECTRIC POWER INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| AMERICAN WATER WORKS CO INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| AMGEN INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| APPLE INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| ATT&T INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| BP PLC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| CARNIVAL CORP | C | DIV | J | T | BUY | 2/28/2017 | | | |
| CHUBB LTD | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| BRITISH AMERICAN TOB PLC SPON ADR | A | DIV | J | T | BUY | 7/25/2017 | J | | |
| CINCINNATI FINANCIAL CORP | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| CISCO SYSTEMS INC | A | DIV | J | T | BUY | 2/28/2017 | | | |
| DOW CHEMICALS CO | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| DTE ENERGY CO | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| ENERGY SELECT SECTION FUND (XLE) | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| EXTRA SPACE STORAGE INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| EXXON MOBIL CORP | A | DIV | J | T | BUY | 2/28/2017 | | | |
| FINANCIAL SELECT SECTOR SPDR | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| | | | | | SOLD | 3/17/2017 | J | A | |
| GENERAL ELECTRIC CO | A | DIV | J | T | BUY | 2/28/2017 | J | A | |
| GENERAL MILLS INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| GENERAL DYNAMICS CORP | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| HOME DEPOT INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| HONEYWELL INTL INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| HUNTINGTON BANCSHARES | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| ILLINOIS TOOL WORKS INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| INTEL CORP | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| INTERNATIONAL PAPER CO | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| ISHARES CORE S&P MID-CAP ETF | A | DIV | L | T | BUY | 2/28/2017 | J | | |
| ISHARES CORE S&P SMALL CAP | A | DIV | K | T | BUY | 2/28/2017 | K | | |

| A. Description of Assets Wells Fargo (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| | | | | | SOLD | 3/17/2017 | K | A | |
| ISHARES CORE S&P SMALL CAP ETF | A | DIV | L | T | BUY | 2/28/2017 | L | | |
| JOHNSON & JOHNSON | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| JP MORGAN CHASE & CO | A | DIV | J | T | BUY | 2/28/2017 | | | |
| KEYCORP NEW | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| LAMAR ADVERTISING CO | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| LOCKHEED MARTIN CORP | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| MAGELLAN MIDSTREAM PARTNERS | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| MCDONALD'S CORP | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| MERCK & CO INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| MORGAN STANLEY | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| NEXTERA ENERGY INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| PAYCHEX INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| PEPSICO INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| PFIZER INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| POWERSHARES FTSE RAFI US 1K | A | DIV | L | T | BUY | 2/28/2017 | J | | |
| PRINCIPAL FINANCIAL GROUP | A | DIV | J | T | BUY | 2/28/2017 | | | |
| PROCTER & GAMBLE CO | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| PRUDENTIAL FINANCIAL INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| REYNOLDS AMERICAN INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| | | | | | SOLD | 2/15/2017 | J | A | |
| SCHLUMBERGER LTD | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| SELECT SECTOR SPDR TR FINANCIAL | A | DIV | J | T | BUY | 3/17/2017 | J | | |
| SIMON PROPERTY GROUP | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| SPDR S&P 500 ETF TRUST | A | DIV | K | T | BUY | 2/28/2017 | K | | |
| PRICE T ROWE GROUP | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| SUNTRUST BANKS INC | A | DIV | J | T | BUY | 2/28/2017 | | | |
| TEXAS INSTRUMENTS INC | A | DIV | J | T | BUY | 2/28/2017 | | | |
| THE TRAVELERS COS INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| TOTAL S A | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| TRANSCANADA | A | DIV | J | T | BUY | 1/30/2017 | J | | |
| | | | | | SOLD | 3/17/2017 | J | A | |
| TRANSCANADA CORP | A | DIV | J | T | BUY | 2/28/2017 | J | | |

| A. Description of Assets Wells Fargo (Line 33) | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| TRANSCANADA CORP (HOLDING CO) | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| | | | | | SOLD | 3/17/2017 | J | A | |
| UNITED TECHNOLOGIES CORP | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| US BANCORP DEL | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| UTILITIES SELECT SECTOR SPDR | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| | | | | | SOLD | 3/17/2017 | J | A | |
| VALERO ENERGY CORP | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| VERIZON COMMUNICATIONS INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| WELLS FARGO & COMPANY | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| WELL TOWER INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| WYNDHAM | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| XCEL ENERGY INC | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| 3M COMPANY | A | DIV | J | T | BUY | 2/28/2017 | J | | |
| WELLS FARGO EQUITY NOTE | A | DIV | L | T | BUY | 2/28/2017 | L | | |
| | | | | | SOLD | 10/18/2017 | L | C | |
| BARCLAYS EQUITY NOTE | A | DIV | K | T | BUY | 2/28/2017 | K | | |
| RBC (ROYAL BANK OF CANADA) SPX EQUITY NOTE | A | DIV | K | T | BUY | 2/28/2017 | K | | |
| BLACKROCK LIQUIDITY FUNDS (MULTI STATE) | A | DIV | K | T | BUY | 2/28/2017 | K | | |
| BLACKROCK STRATEGIC MUNICIPAL OPPORTUNITIES FUND | A | DIV | L | T | BUY | 2/28/2017 | L | | |
| PNC INTERMEDIATE TAX EXEMPT BOND | D | DIV | M | T | BUY | 2/28/2017 | M | | |
| DIAMOND HILL LONG-SHORT FUND | C | DIV | M | T | BUY | 2/28/2017 | M | | |
| HARBOR INTERNATIONAL FUND | A | DIV | K | T | BUY | 2/28/2017 | K | | |
| VANGUARD FUNDS INTER-TERM | C | DIV | M | T | BUY | 2/28/2017 | M | | |
| WELLS FARGO CASH SWEEP | A | INT | M | T | | | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Citizens Bank Accounts | D | Interest | O | T | | | | | |
| 36. | | | | | | | | | |
| 37. Vacant Land #1: Erie, PA. (1991: $70,000) | | None | M | W | | | | | |
| 38. Vacant Land #2: Erie, PA. (1991: $70,000) | | None | M | W | | | | | |
| 39. Trustees of Conneaut Lake Park Judgment | | None | | | Closed | 12/31/17 | J | A | |
| 40. | | | | | | | | | |
| 41. IRA #6 (3651) | | | | | | | | | |
| 42. -Hartford Life Ins Annuity | B | Dividend | L | T | | | | | |
| 43. -Lincoln Nat'l Annuity | C | Dividend | K | T | | | | | |
| 44. Wells Fargo Bene (KSA) IRA (All Cash) | A | Interest | J | T | | | | | |
| 45. | | | | | | | | | |
| 46. IRA #7 (5039) | | | | | | | | | |
| 47. Wells Fargo Custodial Acct. (See Attached PDF #6) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| A. Description of Assets Account # 5039 | B. Income During Reporting Period | | C. Gross Value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date | (3) Value Code 2 | (4) Gain Code 1 | (5) Id. Buyer/seller |
| ABBVIE, INC (ABBV) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| AT&T INC (T) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| ALTRIA GROUP INC (MO) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| AMERICAN ELECTRIC POWER (AEP) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| CISCO SYSTEMS INC (CSCO) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| CONAGRA BRANDS INC (CAG) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| | | | | | SELL | 8/25/2017 | J | A | |
| DIAGEO PLC SPONSORED ADR NEW (DED) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| DOMINION ENERGY INC (D) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| DOVER CORP COMMON (DOV) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| DUPONT E.I. DENEMOURS & CO (DD) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| EXXON MOBIL CORP (XOM) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| GEN DYNAMICS CORP (GD) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| GENERAL ELECTRIC CO (GE) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| | | | | | SELL | 8/30/2017 | J | A | |
| GENUINE PARTS COM (GPC) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| | | | | | BUY | 12/5/2017 | J | | |
| GLAXOSMITHKLINE PLC-ADR (GSK) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| HASBRO INC (HAS) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| HOME DEPOT INC (HD) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| ILLINOIS TOOL WORKS INC (ITW) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| INTERNATIONAL BUSINESS MACHINE CORP (IBM) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| INTERNATIONAL PAPER CO (IP) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| JOHNSON & JOHNSON (JNJ) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| | | | | | BUY | 12/5/2017 | J | | |
| KIMBERLY CLARK CORP (KMB) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| LOCKHEED MARTIN CORP (LMT) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| M&T BANK CORP (MTB) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| MAXIM INTEGRATED PRODUCTS INC (MXIM) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| MCDONALDS CORP (MCD) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| MICROCHIP TECKNOLOGY INC (MCHP) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| MICROSOFT CORP (MSFT) | A | Div. | J | T | BUY | 8/17/2017 | J | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| JP MORGAN CHASE & CO. (JPM) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| NEXTEND ENERGY INC (NEE) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| NUCAR CORP (NUE) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| PEOPLE'S UNITED FINANCIAL (PBCT) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| PEPSICO INCORPORATED (PEP) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| PFIZER INCORPORATED (PFE) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| | | | | | BUY | 12/5/2017 | J | | |
| PHILLIPS 66 (PSX) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| PROCTOR & GAMBLE CO (PG) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| SUNOCO PRODUCTS CO (SON) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| | | | | | SELL | 10/10/2017 | J | A | |
| SOUTHERN COMPANY/ THE (SO) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| TARGET CORP. (TGT) | A | Div. | J | T | BUY | 12/21/2017 | J | | |
| UNITED PARCEL SERVICE - B (UPS) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| US BANCORP NEW (USB) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| VERIZON COMMUNICATIONS INC (VZ) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| WALGREENS BOOTS ALLIANCE INC (WBA) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| WASTE MANAGEMENT INC (WM) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| WELLTOWER INC (HCN) | A | Div. | J | T | BUY | 8/17/2017 | J | | |
| BANK DEPOSIT SWEEP | A | Int. | J | T | | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Clarifying note re filing of this Amended Report:

On December 6, 2018, I received a Letter of Inquiry from the Committee. PDF #7 attached to this Part VIII is my response to each item raised in the Letter of Inquiry. Except for corrections as identified in attached PDF #7, this Amended Report remains unchanged from the original Report filed on April 30, 2018.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

With respect to the matters referenced on Lines 3, 4, 5, 14, 42, and 43 of Part VII, I have never been advised of the identity, scope or specific nature of the investments and/or sub accounts as set forth below either when I first purchased the annuities or at any time throughout the entire period I have held them up to and including the date of this report.

Furthermore, I have never had any control over the specific nature of the investment. The only input I have ever had is as to the general scope of the inherent nature of the risk involved with the investment, i.e., conservative, moderate or high risk.

My Wells Fargo broker has advised me in writing that during all relevant times "all investments are mutual fund sub-accounts" and therefore it is my understanding that the entire investment qualifies under the mutual fund exemption and does not trigger any recusal obligations requiring further disclosure.

I've also been advised in writing that except for a small portion of the investment at Line 5 (that is, 1.4% "fixed") all annuities are "variable annuities" and there are "no transactions" within the annuities themselves other than deduction of annual maintenance fees.


Make up of Brokerage Acct. #1

Line 3 John Hancock Life Ins. (Variable Annuity)
100% John Hancock Core Strategy Fund
Breakdown: 71% Equity, 29% Bond

Line 4 Pacific Life (Variable Annuity)
100% Invesco V.I. Equity & Income Fund
Breakdown: 69% Equity, 24% Bond, 7% Cash/Other

Line 5 Hartford Director Annuity (Variable Fund)
45% Hartford Balanced Fund
53.6% Hartford Capital Appreciation Fund
1.4% Fixed Account
Breakdown: 83% Equity, 15.6% Bond, 1.4% Fixed

IRA #1

Line 9 See PDF re Wells Fargo DSIP Managed Acct., attached


Make up of IRA #2

Line 14 Pacific Life (Variable Annuity)
100% American Funds Asset Allocation Fun
Breakdown: 61% Equity, 29% Bond

IRA #4

Line24 See PDF re Wells Fargo Managed Account, attached.


IRA #5

Line27 See PDF re Wells Fargo Advisors Managed (Moran) Acct., attached.


Line 30 See PDF re PNC Money Mngt. Acct., attached. This account was terminated in 2017 and the assets transferred to the Wells Fargo Acct. listed at Line 33, below. Substantially all assets were transferred as of Febreuary 2017. The transfer of assets was comlete and the account closed in December, 2017.

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 39 This judgment was for unpaid attorney fees incurred 20 years ago while I was in private practice. The obligor filed Chapter 11 bankruptcy in 2016. The liquidating plan was confirmed in 2017 and makes clear that my judgment will never be paid. As of december 31, 2017, I officially acknowledged this a debt uncollectible by operation of law.

Make up of IRA #6

Line 42 Hartford Life Ins Annuity (Variable Annuity)
20% American Global Growth & Income Fund
20% American Growth Fund
20% American Growth & Income Fund
20% Franklin Income Fund
20% Franklin Rising Dividend Fund
Breakdown: 80% Equity, 20% Bond

Line 43 Lincoln Nat'l Annuity (Variable Annuity)
100% American Funds Growth & Income Fund
Breakdown: 90% Equity, 10% Bond

Line 44 Wells Fargo Bene (KSA) IRA is an all cash account

IRA #7

Line 47 See PDF re Wells Fargo Custodial Acct., attached.

**ITEM #1:** *These assets did not appear in prior (2016) report. Why not?*
*(NOTE: the highlighted page numbers refer to the 2017 Report)*

**WF #4674** **Universal Health Services** **P. 21**

This asset was first purchased on 5/3/2017 which is why it does not appear in the 2016 report. The inclusion of the "(add'l)" reference in 2017 report was in error and is now eliminated.

**WF #1662** **Energy Select Section Fund** **Actually P. 27, not P. 26**

This Asset was actually first purchased on 4/28/2016 while held in the PNC Acct and before transfer to Wells Fargo ("WF") Acct #1662, the successor to the PNC Acct. After consultation with the accountant who prepared the 2016 Report (Amended) it was determined that this particular entry was inadvertently omitted from 2016 Report (Amended) and if it had been included it would have referenced a "J" Value Code. It is therefore properly recorded in the 2017 Report since it was held at the beginning of 2017 and through the end of 2017.

**WF #1662** **Financial Select Sector SPDR** **Actually P. 27, not P. 26**

This Asset was actually first purchased on 7/15/2016 while held in the PNC Acct and before transfer to Wells Fargo ("WF") Acct #1662, the successor to the PNC Acct. After consultation with the accountant who prepared the 2016 Report (Amended) it was determined that this particular entry was inadvertently omitted from 2016 Report (Amended) and if it had been included it would have referenced a "J" Value Code. It was ultimately sold on 3/17/2017 and is therefore properly recorded in the 2017 Report.

1

| PNC | Industrial Select Sector Fund | P. 26 |

This asset was first purchased on 1/5/2017 which explains why it does not appear on 2016 Report. It is part of the PNC Acct ultimately transferred to WF #1662 in February of 2107. I incorrectly noted the initial purchase as a partial (part) purchase. Additional shares were thereafter purchased on 1/30/2017 also in the PNC Acct but not reflected as a partial (part) purchase. Thus the entry of "(part)" was inadvertently switched between the 2 entries. I have since corrected that error.

## WF #5039   Bank Deposit Sweep      P. 32

IRA #7, Wells Fargo Acct #5039 was first opened on August 17, 2017. It is for this reason that the "Bank Deposit Sweep" found on P. 29 of the 2017 Report did not appear on the 2016 Report (Amended).

### WF #1662   Wells Fargo Cash Sweep      P. 29

These are monies accumulating in the WF account from 2/27/2017 to 12/31/2017. Since WF #1662 is a successor account to the PNC Acct, this entry would not have appeared in the PNC Acct on the 2016 Report (Amended). Thus the reason for not reporting it there.

**ITEM #2:**    *Part VII, lines 42 and 43:  Why no entry in Column B(2)?*

Column B(2) should have included Value Codes for both assets. This has been done.

**ITEM #3:**    *These assets were reported in your 2016 Report.  If these assets were sold, information regarding the transaction needs to be provided in Column D? (NOTE: the highlighted page numbers refer to the 2016 Report (Amended))*

### WF #4674   American Capital Agency      P. 20      Buy 7/13/16

This Asset was not reported in the 2017 Report because it was sold on 11/2/2016.  This sale transaction was inadvertently omitted from the

2

2016 Report (Amended) prepared by my accountant. The 2016 sale explains why it was not included in the 2016 Report (Amended). Had it been included it would have referenced a "J" Value Code and an "A" Gain Code.

**WF #4674**      **SPDR BRCL INTL TRES ETF**      **p. 25**      **Sold 2/11/2016**

This Asset was originally purchased in 2011 & 2106. This asset was not reported in the 2017 Report because the asset was sold on 2/11/2016. In consultation with my accountant who prepared the 2016 Report (Amended) it was determined that the "buy" entry was made in error and should not have been included in the 2016 Report (Amended).

**WF #4674**      **Sovran Self Storage Inc.**      **P. 26**      **Buy 7/7/2016**

A name change to Life Storage Inc (LSI) occurred on 7/7/2016. This asset was not reported in the 2017 Report because the asset was sold on 11/2/2016 The omission of this transaction was inadvertent and had it been included it would have referenced a "J" Value Code and an "A" Gain Code.

**WF #4674**      **Tetra Tech Inc.**      **P. 26**      **Buy 11/2/2016**

This asset was continued to be held in 2017 and was reported on P. 21 of the 2017 Report under the more complete name "TETRA TECH INC NEW" Additional shares were purchased on 9/22/2017 but I failed to note the purchase as "(add'l)" or to include the date, which has now been corrected.

**WF #4674**      **Vanguard Intermediate Bond Biv**      **P. 27**      **Buy 10/12/2016**

This asset was carried at p. 22 of the 2017 Report. A partial sale occurred on 1/11/2017. It has now been noted as such on the 2017 Report.

**WF #4674**      **Vanguard European VGK**      **P. 27**      **Buy 10/12/2016**

The purchase of 90 shares actually occurred on 10/12/2016 but inadvertently was not carried over to 2017 Report. It is now been included.

**PNC**      **Japan Tobacco Incl-Unspon ADR**      **P. 35**      **Buy 11/17/2016**

Review of the documents pertaining to 2016 Report (Amended) indicates this asset was not held at the end of 2016. As previously noted, I had an

3

accountant perform the 2016 Report (Amended). He is unable to answer or provide further information concerning my inquiry in this regard. All I can conclude is that the last entry on the 2016 Report (Amended) for this asset incorrectly listed the asset as "sold (part)" (P. 35) when it should have simply been listed as "sold." This accounts for the fact the asset does not appear on the 2017 Report.

**ITEM #4:** *The following explanations pertain to transactions noted in 2016 Report but not appearing on 2017 Report.*

**WF 4674** **SPDR Bloomberg Barclays Long Term Corp Bond ETF**

While I don't see this specific asset on P. 25 of the 2016 Report (Amended), I do see 2 similar assets that may be subject to correction due to my failure to value on sale.

"SPDR BRCLYS CRP ETF" was sold on 10/12/2016 (P. 25, 2016 Amended Report) but no value entered on D(4), where I should have entered the "A" Code for value.

"SPDR BRCLYS L/T CRP ETF" was sold on 3/9/2016 (p. 25, 2016 Amended Report) but similarly, no value entered on D(4), where the "A" Value Code should have been entered.

The asset identified as SPDR BLOOMBERG BARCLAYS LONG TERM CORP BOND ETF (P. 19 of the 2017 Report) was purchased as an original transaction on 2/8/2017 and properly carried on the 2017 Report.

**WF #4674** **SPDR Bloomberg Emerging MRKTS P. 19 (2017 Report)**

As indicated in the 2016 Report (Amended), this asset was sold on 2/11/2016 (P. 25). The asset was repurchased on 6/14/2017 (P. 19, 2017 Report) but the first purchase incorrectly indicated (add'l) when it should have simply been listed as an original purchase. That typo has been corrected.

4

| Name of Person Reporting | Date of Report |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas P. Agresti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544